```
3 Pages
```
Candace Y. Brooks (CSB 181713)
**BROOKS | CARPENTER**
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 927-4989

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA
-Sacramento Division-

In re:

CHERRI MAE DA ROZA

                      Debtor

Case No. 17-23305-E-13C

MCN: CYB-5

**APPLICATION FOR ADDITIONAL ATTORNEY FEES**

Hearing Date: October 18, 2022
Hearing Time: 2:00 pm
Courtroom: 33, 6th Floor
Judge: Hon. Ronald H. Sargis

_____ /

      Pursuant to Bankruptcy Code Section 330 and Bankruptcy Rule 2016 (a), the undersigned hereby applies for $3,100.00 in additional attorney fees in this Chapter 13 case. In support thereof, the applicant hereby declares under penalty of perjury as follows:

      1. The applicant has served as attorney for the Debtor since March 23, 2017. Applicant received a retainer of $1,425.00. Debtor signed this Court's Rights and Responsibilities of Chapter 13 Debtors and Their Attorney. A true and accurate copy of this Court's Rights and Responsibilities of Chapter 13 Debtors and Their Attorney" has been filed concurrently with this Application as exhibit "A". Debtors agreed that the fee for legal services in connection with this Chapter 13 case would be $4,000.00.

      2. This case presents undisputed facts of actual, reasonable, necessary, and unanticipated legal fees undertaken by the applicant representation during the term of this confirmed Chapter 13 case. Applicant, Counsel for the Debtor, seeks by this motion $3,100.00 in additional fees. The following additional services for which fees are actual, reasonable, necessary and unanticipated as post confirmation required: 1) Prepared and Filed (3) Motions to Modify Debtor's Chapter 13 Plan After Confirmation due to a material change in income and expenses ; (2) Responded to numerous emails and

telephone calls associated with the three Modifications to the Debtor's plan and change to Debtor's income and expenses that resulted in changes to Debtor's Schedules "I" and "J"; (3) Prepared and filed a four Responses to (4) Motion to Dismiss Debtor's Chapter 13 Plan.

Further, Debtor requested Applicant to file a Motion to Refinance the existing mortgage on Debtor's residence which was denied due to a high interest rate. Applicant is not seeing attorney fees in relation to the Motion to Refinance (See Section -Additional Fees Forgiven)

3. The customary hourly rate for services of this nature and was Applicant's rate when this case was filed is $325.00. Applicant seeks approval of that rate. After exercising reasonable billing judgment, the application reflects that the total number of hours expended in this case for which the applicant seeks compensation is 49.30 hours of which 23.60 hours which were unanticipated. However, Applicant is not seeking compensation for 11.80 hours that were associated with the Motion for Refinance. Additionally, Applicant has reduced her unanticipated fees by $4,570.00 so that Debtor's plan payment will not increase.

4. Time sheets were filed concurrently with this Application as Exhibit "A" covers all services rendered to the Debtor in connection with this Chapter 13 case since the date the applicant commenced rendering services. A true and accurate copy of Applicant's time sheets were filed concurrently with this Application as Exhibits "A".

The specific work for which additional compensation which has been reduced (Exhibit "A – "Additional Non-Flat Fee-Forgiven") is sought includes the following:

Actual, Reasonable, Necessary and Unanticipated Work

5. The Debtor's case was confirmed on July 18, 2017.

6. Applicant (1) Prepared and Filed a three Motion to Modify Debtor's Chapter 13 Plan After Confirmation due to a material change in income and Income; (2) Responded to numerous emails and telephone calls associated with the Modification to the Debtor's plan and change to Debtor's income that resulted in changes to Debtor's Schedules "I" and "J" and (3) Prepared and filed four Responses to Trustee's Motion to Dismiss Chapter 13 case.

7. The Applicant seeks 9.53 hours of the unanticipated time of 23.60 hours, at a rate of $325.00 per hour which is actual, reasonable, necessary and unanticipated.

8. Applicant has filed time sheet as Exhibit "A". Exhibit "A" reflects the actual, reasonable, necessary, and unanticipated hours/fees for post-petition services in the amount of $7,670.00 or 23.60 hours (of which Applicant is seeking 9.53 hours).

9. Applicant has attached as Exhibit "A" time sheets that reflect the total of all charges including the Pre-Confirmation Charges and all Post-Petition charges that amount to 49.30 hours and total fees of $16,022.50 of which $7,670.00 or 23.60 hours at a rate of $325.00 were un-anticipated.

10. Accordingly, Applicant respectfully requests that the Court grant Applicant's Application for Additional Fees reduced to the amount of $3,100.00 hours at a rate of $325.00.

11. The breakdown of the time spent per motions and responses are enumerated below:

**Additional Non-Flat Fee - Response to Motion to Dismiss 1**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1<br>R&R Trustee Motion to Dismiss | 0.20 | 325.00 | 65.00 |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1<br>Call client to schedule appt to discuss Motion to Dismiss | 0.10 | 325.00 | 32.50 |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1<br>R&R Emails w/pay stubs from client | 0.20 | 325.00 | 65.00 |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1<br>Tele w/Client | 0.40 | 325.00 | 130.00 |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1<br>R&R and Responded to Multiple Emails re: MTD | 0.40 | 325.00 | 130.00 |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1<br>Analyzed pay stubs; budget; Prepared Response to Trustee's Motion to Dismiss; Declaration | 1.00 | 325.00 | 325.00 |
| | | | **2.30** | | **747.50** |

**Additional Non-Flat Fee - Response to Motion to Dismiss 2**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-10-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 2<br>R&R 2nd Motion to Dismiss Case | 0.30 | 325.00 | 97.50 |
| 10-11-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 2<br>R&R Email from Client | 0.20 | 325.00 | 65.00 |
| 11-06-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 2<br>Prepared Response to 2nd Motion to Dismiss | 1.50 | 325.00 | 487.50 |
| 11-22-2019 | Candace Brooks | Additional Non Flat Fee - | 1.50 | 325.00 | 487.50 |

```
                                    Response to Motion to Dismiss 2
                            Attended Hearing MTD - Continued to 3/4/20

                                                                        3.50              1,137.50
```

**Additional Non-Flat Fee - Response to Motion to Dismiss 3**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-14-2020 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 3 | 0.20 | 325.00 | 65.00 |
| | | R&R Emails from Client re: default | | | |
| 02-05-2020 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 3 | 0.10 | 325.00 | 32.50 |
| | | R&R 3rd MTD | | | |
| 03-04-2020 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 3 | 1.50 | 325.00 | 487.50 |
| | | Attended Hearing Motion to Dismiss | | | |
| 03-04-2020 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 3 | 0.10 | 325.00 | 32.50 |
| | | Emails to Client re: MTD continued 4/22/20 | | | |
| | | | **1.90** | | **617.50** |

**Additional Non-Flat Fee - Response to Motion to Dismiss 4**

| | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.20 | 325.00 | 65.00 |
| | | R&R Emails from Client re: Payments | | | |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.20 | 325.00 | 65.00 |
| | | R&R Multiple Emails from Client re: issues with payments | | | |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.20 | 325.00 | 65.00 |
| | | R&R Trustee's Motion to Dismiss | | | |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.20 | 325.00 | 65.00 |
| | | R&R Emails from Client re: New Budget | | | |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.20 | 325.00 | 65.00 |
| | | R&R Emails regarding proof of expenses that resulted in breach of Plan Payments | | | |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.90 | 325.00 | 292.50 |
| | | Prepared a Response to Trustee's Motion to Dismiss & Declaration | | | |
| | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 2.00 | 325.00 | 650.00 |
| | | Attended Hearing | | | |
| | | | **3.90** | | **1,267.50** |

**Additional Non-Flat Fee - Motion to Modify Plan (CYB-1)**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-24-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan | 2.00 | 325.00 | 650.00 |
| | | Prepared Motion to Modify; Modified Plan and Schedules | | | |
| 06-21-2019 | Candace Brooks | Additional Non Flat Fee - Motion to | 0.70 | 325.00 | 227.50 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Modify Plan<br>Prepared & Filed Supp Declaration in support of Motion to Modify | | | |
| 06-24-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan | 0.20 | 325.00 | 65.00 |
| | | R&R Trustee's Response to Motion to Modify Plan | | | |
| 07-02-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan | 0.10 | 325.00 | 32.50 |
| | | Emailed Client: Mod Plan Confirmed | | | |
| 07-09-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan | 0.10 | 325.00 | 32.50 |
| | | R&R Civil Minute Order Motion to Modify | | | |
| 07-09-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan | 0.30 | 325.00 | 97.50 |
| | | Prepared Proposed Order Confirming Mod Plan | | | |
| | | | **3.40** | | **1,105.00** |

**Additional Non-Flat Fee - Motion to Modify Plan (CYB-2)**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-02-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | 0.30 | 325.00 | 97.50 |
| | | Reviewed Income and Expenses - Motion to Mod Plan | | | |
| 03-08-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | 0.20 | 325.00 | 65.00 |
| | | Multiple to Emails to Client re: MTD and Motion to Modify | | | |
| 03-18-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | | 325.00 | No Charge |
| | | Client not feeling well; Rescheduled Telephone Meeting | | | |
| 03-23-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | 0.60 | 325.00 | 195.00 |
| | | Tele w/Client re: Modifying Plan | | | |
| 04-13-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | 2.00 | 325.00 | 650.00 |
| | | Prepared Motion to Modify Plan w/related documents; Revised Budget; Reviewed Trustee Website | | | |
| 04-21-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | 0.20 | 325.00 | 65.00 |
| | | R&R Multiple Emails from Client | | | |
| 05-20-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | | 325.00 | No Charge |
| | | Prepared Supp Declaration Motion to Modify | | | |
| 06-02-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | 0.10 | 325.00 | 32.50 |
| | | R&R Tentative Ruling | | | |
| 06-05-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | 0.30 | 325.00 | 97.50 |
| | | Prepared Proposed OCP | | | |
| 06-05-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | 0.20 | 325.00 | 65.00 |
| | | R&R Multiple Emails from Client re: Mod Plan & Payment | | | |
| 06-16-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | | 325.00 | No Charge |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | R&R Emails from Ed Weedman, Trustee Office re: Revisions to Order | | | |
| | | | 3.90 | | 1,267.50 |

**Additional Non-Flat Fee - Motion to Modify Plan (CYB-3)**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-15-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) | 0.30 | 325.00 | 97.50 |
| | | R&R Multiple Emails from Client re: Modified Plan | | | |
| 10-18-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) | 2.00 | 325.00 | 650.00 |
| | | Prepared Motion to Modify Plan, Modified Plan and related documents. Prepared revised Schedules I and J | | | |
| 10-19-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) | 0.30 | 325.00 | 97.50 |
| | | R&R Multiple Emails from Client re: Mod Plan | | | |
| 11-09-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) | 0.10 | 325.00 | 32.50 |
| | | Reviewed Trustee's Non Opposition to Motion to Modify | | | |
| 11-23-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) | 0.10 | 325.00 | 32.50 |
| | | R&R Tentative Ruling | | | |
| 12-07-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) | 0.30 | 325.00 | 97.50 |
| | | Prepared Proposed OCP | | | |
| 12-07-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) | 0.10 | 325.00 | 32.50 |
| | | R&R Emails from Client Mod Plan | | | |
| | | | 3.20 | | 1,040.00 |

12. Thus, Applicant requests that the court approve the $3,100.00 to be paid through the Debtor's Chapter 13 plan by the Chapter 13 trustee.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 09/26/22

BROOKS | CARPENTER

/s/ Candace Y. Brooks
Candace Y. Brooks
Attorney for Debtor