**3 Pages**
Candace Y. Brooks    CSB 181713
**BROOKS & CARPENTER**
555 University Avenue, 170
Sacramento, CA 95825
(916) 927-4989

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA
-Sacramento Division -

| | |
|---|---|
| In re: | Case No. 17-23305-E-13C |
| CHERRI MAE DA ROZA | MCN: CYB-5 |
| | Chapter 13 |
| Debtor | **DECLARATION OF CANDACE Y. BROOKS IN SUPPORT OF APPLICATION FOR ADDITIONAL ATTORNEY'S FEES** |
| | Hearing Date: October 18, 2022<br>Hearing Time: 2:00 p.m.<br>Courtroom: 33, 6th Floor<br>Judge: Hon. Ronald H. Sargis |
| _____ / | |

## DECLARATION OF CANDACE Y. BROOKS, ESQ IN SUPPORT

## OF APPLICATION FOR ADDITIONAL ATTORNEY FEES

I, Candace Y. Brooks, declare and state the following:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently to the following facts personally known by me to be true:

2. I am an attorney duly licensed to practice law in the State of California.

3. I am the attorney of record for Cherri Mae Da Roza, Debtor in this Chapter 13 case.

4. I have personal knowledge of all services provided and that the attached billing statements is a true and correct reflection of work performed.

5. I have served as attorney for the Debtor since March 23, 2017. I received a retainer of $1,425.00 and an executed copy of this Court's "Rights and Responsibilities of Chapter 13 Debtor and Their Attorneys" was filed on May 15, 2017. As reflected in that document and in the Bankruptcy Rule

2016(b) disclosure statement, applicant and the debtor agreed that the initial fee for legal services and expenses in connection with Chapter 13 case would be $4,000.00. No additional fees have been allowed by any order from this Court. The initial agreed-upon fee is not sufficient to fully compensate the attorney for legal services rendered.

6. I personally input my hours into a legal billing software as I do the work so that the time is kept contemporaneously with the work actually done.

7. I believe that the hourly rate of $325.00 an hour for my time is consistent with other bankruptcy rates and non-bankruptcy rates in the greater Northern California area. I have 26 years of experience in bankruptcy matters. I am not sharing the compensation sought in this motion with anyone.

8. I have done substantial work at the request of the Debtors in order for the Debtor to to continue in their Chapter 13 case. The additional legal fees are actual, reasonable, necessary and unanticipated as post confirmation required: (1) Prepared and Filed a Motion three Modify Debtor's Chapter 13 Plan After Confirmation due to a material change in income and expenses; (2) Responded to numerous emails and telephone calls associated with the three Modification to the Debtor's plan and Supplemental Income and Expense Schedules; (3) Prepare Supplemental Income and Expenses Schedules and (4) Prepared and Filed four Responses to the Chapter 13 Motions to Dismiss Debtor's Chapter 13 plan.

9. I am not requesting compensation for all of the time/fees related to the services that performed in relation to unanticipated work because the Debtor's chapter 13 payment would increase, and her plan will not complete on time. Therefore, I am only seeking 9.53 hours from the 23.60 hours that were actual, reasonable and necessary unanticipated work. Additionally, I have forgiven the fees for the Motion to Refinance that the Debtor strongly requested that I file which was not granted due to the high interest rate.

10. Further, I am not seeking a large amount for additional fees. I am only asking for an additional amount that are reasonable to compensate me for the additional work that was actual, reasonable, necessary and unanticipated as post confirmation work.

11. The result of my additional work is that the Debtor was granted (3) Motions to Modified Debtor's Chapter 13 plan after confirmation and the Debtor's case survived (4) Motions to Dismiss due to the Debtor's default in plan payments.

12. I have attached a time sheet for *All legal services* performed on this case that includes sections outlining the *Additional Non-Flat Fee* and *Additional Fees Included in Flat Fee* and *Additional Non-Flat Fees Forgiven* rendered to Debtor in connection with this case. A true and correct copy of my time sheet for *All legal services* including the sections stated above was filed concurrently with this Motion as Exhibit "A.

13. All *Additional legal services* performed in connection with this Chapter 13 case are fees for work done between April 27, 2019, through December 7, 2021.

14. This Application has been served on my client as shown in the proof of service filed with the fee application.

15. In conclusion, after exercising reasonable billing judgment, the number of hours expended in this case for which additional compensation is sought is 9.53 hours. The customary hourly rate for services of this nature is $325.00. A reasonable fee for the services rendered would be $3,100.00.

16. Accordingly, I respectfully request that the Court allow additional fees of $3,100.00 to be paid by the Chapter 13 trustee through the Chapter 13 plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information and belief, and if called upon to testify in this action, I could and would testify competently to the following facts personally known by me to be true.

DATED: September 26, 2022　　　　BROOKS | CARPENTER

By: _____
Candace Y. Brooks, Esq., Attorney for Debtors