```
1    14 Pages
     Candace Y. Brooks (CSB 181713)
2    BROOKS | CARPENTER
3    555 University Avenue Suite 170
     Sacramento, CA  95825
4    (916) 927-4989
5
     Attorney for Debtor(s)
6
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
### - Sacramento Division -

In re:                                            ) Case No.  17-23305-E-13C
                                                  )
CHERRI MAE DA ROZA                                )
                                                  ) DC No.:  CYB-05
                                                  )
                                                  ) Chapter 13
                              Debtors(s).         )
                                                  ) **EXHIBITS**

| | |
|---|---|
| Hearing Date: | October 18, 2022 |
| Hearing Time: | 2:00 p.m. |
| Hearing Room: | Dept. 33, 6th Floor |
| Location: | 501 "I" Street, Sacramento, CA. |
| Judge: | Hon. Ronald H. Sargis |

- **Exhibit A -  Rights and Responsibilities**
- **Exhibit B -  Time Sheet (All Legal Fees w/breakdown of additional fees)**

Candace Y. Brooks _____ [Name; State Bar ID No.]
Brooks | Carpenter _____ [Address]
555 University Avenue, Suite 130 _____
Sacramento, CA 95825 _____
(916) 927-4989 _____ [Telephone]
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re  Cherri M. Da Roza            )
                                    )
                                    )   Case No.  17-
                                    )
_____ Debtor(s).  )

## RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS

It is important for Debtors who file a chapter 13 bankruptcy case to understand their rights and responsibilities. It is also important for Debtors to know what their attorney's responsibilities are, and to understand the importance of communicating with their attorney to make the case successful. Debtors should also know that they may expect their attorney to perform certain services.

Unless otherwise ordered by the Court, an attorney retained to represent a Debtor in a bankruptcy case is responsible for representing the Debtor for all purposes in the case other than adversary proceedings. When appropriate, the attorney may apply to the court for compensation additional to the maximum initial fees set forth below.

In order to assure that Debtors and their attorneys understand their rights and responsibilities in the bankruptcy process, absent a contrary court order, Debtors and their attorneys agree as set forth below.

### BEFORE THE CASE IS FILED, THE DEBTOR AGREES TO:

1. Discuss with the attorney the Debtor's objectives in filing the case.
2. Timely provide the attorney with accurate information, financial and otherwise, and all documentation requested by the attorney.

### BEFORE THE CASE IS FILED, THE ATTORNEY AGREES TO:

1. Meet with the Debtor to review the Debtor's debts, assets, liabilities, income, and expenses.
2. Counsel the Debtor regarding the advisability of filing either a chapter 13 or a chapter 7 case, discuss both procedures with the Debtor, and answer the Debtor's questions.
3. Timely prepare and file the Debtor's petition, plan, lists, statements, schedules, required documents and certificates.
4. Review with the Debtor the completed petition, plan, lists, statements, schedules, required documents and certifications, as well as all amendments thereto, whether filed with petition or later.
5. Explain which payments will be made directly to creditors by the Debtor and which payments will be made through the Debtor's chapter 13 plan, with particular attention to mortgage and vehicle loan or lease payments.
6. Explain to the Debtor how, when, and where to make the chapter 13 plan payments.
7. Explain to the Debtor how, when, and where to make post-petition mortgage and vehicle loan or lease payments.
8. Explain to the Debtor that the attorney is being engaged to represent the Debtor for all purposes in the case, except adversary proceedings, pursuant to Local Bankruptcy Rule 2017-1(a)(1).

EDC 3-096  (Rev. 5/1/12)            Page 1 of 3

EXHIBIT  A
PAGE  1  OF  3

9. Explain to the Debtor how and when the attorney's fees and chapter 13 trustee's fees are determined and paid, and provide an executed copy of this document to the Debtor.
10. Advise the Debtor of the necessity to maintain appropriate insurance including homeowner's insurance and liability, collision, and comprehensive insurance on vehicles securing loans or leases.

### AFTER THE CASE IS FILED, THE DEBTOR AGREES TO:

1. Keep the chapter 13 trustee and attorney informed of the Debtor's current address and telephone number, and the Debtor's employment status.
2. Inform the attorney of any change in the Debtor's marital status, the commencement of any child or spousal support obligation, or a change in any existing child support or spousal support obligation.
3. Inform the attorney of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.
4. Contact the attorney promptly if the Debtor loses his/her job, encounters new or unexpected financial problems, if the Debtor's income increases, or if the Debtor receives, or learns of the right to receive, money or other proceeds of an inheritance or legal action.
5. Contact the attorney promptly if the Debtor is sued during the case, or if the Debtor commences a lawsuit or intends to settle any dispute.
6. Inform the attorney if any tax refunds to which the Debtor is entitled are seized or not received when expected from the IRS or Franchise Tax Board.
7. Contact the attorney before transferring, selling, encumbering, refinancing, or otherwise disposing of any personal or real property with a value of $1,000 or more.
8. Contact the attorney before incurring new debt exceeding $1,000.
9. Pay directly to the attorney any filing fees.

### AFTER THE CASE IS FILED, THE ATTORNEY AGREES TO:

1. Advise the Debtor of the requirement to attend the §341(a) meeting of the creditors and instruct the Debtor as to the date, time and place of the meeting. In joint cases, inform the Debtor that both spouses must appear.
2. Appear at the §341(a) meeting of creditors with the Debtor.
3. Timely serve the Debtor's plan on the chapter 13 trustee.
4. Timely provide to the chapter 13 trustee the *Domestic Support Obligation Checklist* (form EDC 3-088), *Class 1 Checklist* (form EDC 3-086), and *Authorization to Release Information to Trustee Regarding Secured Claims Being Paid By the Trustee* (form EDC 3-087) required by Local Bankruptcy Rule 3015-1(b)(6).
5. Timely respond to objections to plan confirmation and, where necessary, prepare, file, and serve an amended plan.
6. Prepare, file, and serve necessary modifications to the plan which may include suspending, lowering, or increasing plan payments.
7. Prepare, file and serve any necessary amended statements and schedules and any change of address, in accordance with information provided by the Debtor.
8. Object to improper or invalid claims, if necessary, based upon documentation provided by the Debtor.
9. Prepare and file a proof of claim, when appropriate, if a creditor fails to do so.
10. Prepare, file, and serve motions to modify the plan after confirmation, when necessary.
11. Prepare, file, and serve motions to buy, sell, or refinance property, when appropriate.
12. Prepare, file, and serve any other motion that may be necessary to appropriately represent the Debtor in the case.
13. Timely respond to all motions filed by the chapter 13 trustee, and represent the Debtor in response to other motions filed in the case including, but not limited to, motions for relief from stay.
14. Where appropriate, prepare, file, serve, and set for hearing motions to avoid liens on real or personal property and motions to value the collateral of secured creditors as required by Local Bankruptcy Rule 3015-1(j).

15. Provide such other legal services as are necessary for the administration of the Debtor's case before the Bankruptcy Court.

The fee charged for a chapter 13 bankruptcy is a matter for negotiation between the attorney and the Debtor. While Local Bankruptcy Rule 2016-1(c)(1) permits an initial fee of up to $4,000.00 in non-business cases, and $6,000.00 in business cases, lesser fees may be negotiated. These initial fees may be paid, in whole or in part, directly by the Debtor prior to the filing of the petition. To the extent not paid by the Debtor before the filing of the petition, the fees must be paid through the plan by the chapter 13 trustee.

Initial fees charged in this case are $ 4,000.00 , and of this amount, $1,425.00 was paid by the Debtor before the filing of the petition. While this initial fee should be sufficient to fully and fairly compensate counsel for all pre-confirmation services and most post-confirmation services rendered in the case, where substantial and unanticipated post-confirmation work is necessary, the attorney may request that the court approve additional fees. If additional fees are approved, they shall be paid through the plan by the chapter 13 trustee unless otherwise ordered. The attorney may not receive fees directly from the Debtor.

DATED: 5/15/17

_____
Cherri M. Da Roza, Debtor

DATED: _____

_____, Joint Debtor

DATED: 5-15-17

_____
Candace Y. Brooks, Attorney for Debtor(s)

**Brooks Carpenter, Attorneys**
555 University Avenue, Suite 170
Sacramento, CA 95825
9169274989

September 22, 2022

Cherri Da Roza

**RE: Cherri Da Roza**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Additional Non Flat Fee - Forgiven | | | | | |
| 07-17-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Responded to Clients Email re: Refinancing Mortgage | 0.10 | 325.00 | 32.50 |
| 07-17-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Multiple emails re: Refinancing | 0.20 | 325.00 | 65.00 |
| 07-22-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Emails re: refinancing | 0.20 | 325.00 | 65.00 |
| 07-23-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Client emails re: refinancing | 0.20 | 325.00 | 65.00 |
| 08-30-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Emails to Client | 0.20 | 325.00 | 65.00 |
| 10-11-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Emails to Client re: Refinancing | 0.20 | 325.00 | 65.00 |
| 10-11-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Additional Emails from Client re: Refinancing | 0.20 | 325.00 | 65.00 |
| 10-30-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Conditional Approval re: Refinancing | 0.30 | 325.00 | 97.50 |
| 10-30-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Sent Email to client re: Plan and Refinancing | 0.10 | 325.00 | 32.50 |
| 10-31-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Received Tele Call from Client | 0.10 | 325.00 | 32.50 |
| 11-05-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Tele call w/Client re: Refinancing | 0.30 | 325.00 | 97.50 |
| 11-14-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Documents re: Refinancing | 0.40 | 325.00 | 130.00 |

We appreciate your business

EXHIBIT A
PAGE 1 OF 10

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Additional Non Flat Fee - Forgiven** | | | | | |
| 11-15-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Multiple Emails from client re: Refinancing | 0.30 | 325.00 | 97.50 |
| 11-25-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Multiple Emails re: Refinancing issues | 0.60 | 325.00 | 195.00 |
| 11-26-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Email from Client re: refinancing | 0.20 | 325.00 | 65.00 |
| 12-05-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Emails from client re: Refinancing | 0.20 | 325.00 | 65.00 |
| 12-06-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Emails from Client; Appraisal attached | 0.20 | 325.00 | 65.00 |
| 12-09-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Multiple emails from client re: Refinancing | 0.30 | 325.00 | 97.50 |
| 12-10-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Tele w/Client re: refinancing | 0.30 | 325.00 | 97.50 |
| 12-13-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Sent Client Pay off amount from Trustee Office | 0.20 | 325.00 | 65.00 |
| 12-16-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Multiple emails from client re: refinancing | 0.30 | 325.00 | 97.50 |
| 12-17-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Multiple emails from client re: representative handling refinancing | 0.30 | 325.00 | 97.50 |
| 12-17-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Email to Client re: high interest | 0.30 | 325.00 | 97.50 |
| 12-27-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Email from client re: Broker | 0.10 | 325.00 | 32.50 |
| 12-30-2019 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Demand from Freedom Mortgage | 0.30 | 325.00 | 97.50 |
| 01-03-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Email from Client | 0.10 | 325.00 | 32.50 |
| 01-09-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Multiple emails from client | 0.30 | 325.00 | 97.50 |
| 01-14-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Tele w/Client | 0.50 | 325.00 | 162.50 |
| 01-24-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R updated payoff | 0.20 | 325.00 | 65.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Additional Non Flat Fee - Forgiven | | | | | |
| 02-03-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Multiple emails to client re: terms of refinancing | 0.30 | 325.00 | 97.50 |
| 02-04-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Multiple Emails re: refinancing | 0.20 | 325.00 | 65.00 |
| 02-05-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Multiple Emails from client re: refinancing | 0.20 | 325.00 | 65.00 |
| 02-05-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Prepared Motion for Approval for Refinance | 2.00 | 325.00 | 650.00 |
| 02-09-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Email from Client re: Refinance | 0.10 | 325.00 | 32.50 |
| 02-10-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Filed Motion for Refinance | | 325.00 | No Charge |
| 02-11-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Emails from Client | 0.10 | 325.00 | 32.50 |
| 02-12-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Response From Trustee | 0.10 | 325.00 | 32.50 |
| 02-18-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Email from Client re: Payoff of Mortgage | 0.10 | 325.00 | 32.50 |
| 02-19-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Prepared Declaration and Response to Trustee's Response | 0.40 | 325.00 | 130.00 |
| 02-25-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>R&R Emails from client - not going to be able to come to the hearing on the motion to refinance | 0.10 | 325.00 | 32.50 |
| 02-25-2020 | Candace Brooks | Additional Non Flat Fee - Forgiven<br>Attended Hearing on Motion to Refinance | 1.00 | 325.00 | 325.00 |
| | | | 11.80 | | 3,835.00 |
| Additional Non Flat Fee - Response to Motion to Dismiss 2 | | | | | |
| 10-10-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 2<br>R&R 2nd Motion to Dismiss Case | 0.30 | 325.00 | 97.50 |
| 10-11-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 2<br>R&R Email from Client | 0.20 | 325.00 | 65.00 |
| 11-06-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 2<br>Prepared Response to 2nd Motion to Dismiss | 1.50 | 325.00 | 487.50 |
| 11-22-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to | 1.50 | 325.00 | 487.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Additional Non Flat Fee - Response to Motion to Dismiss 2** | | | |
| | | Dismiss 2 | | | |
| | | Attended Hearing MTD - Continued to 3/4/20 | | | |
| | | | 3.50 | | 1,137.50 |
| | | **Additional Non Flat Fee - Motion to Modify Plan** | | | |
| 05-24-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan<br>Prepared Motion to Modify; Modified Plan and Schedules | 2.00 | 325.00 | 650.00 |
| 06-21-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan<br>Prepared & Filed Supp Declaration in support of Motion to Modify | 0.70 | 325.00 | 227.50 |
| 06-24-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan<br>R&R Trustee's Response to Motion to Modify Plan | 0.20 | 325.00 | 65.00 |
| 07-02-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan<br>Emailed Client: Mod Plan Confirmed | 0.10 | 325.00 | 32.50 |
| 07-09-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan<br>R&R Civil Minute Order Motion to Modify | 0.10 | 325.00 | 32.50 |
| 07-09-2019 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan<br>Prepared Proposed Order Confirming Mod Plan | 0.30 | 325.00 | 97.50 |
| | | | 3.40 | | 1,105.00 |
| | | **Additional Non Flat Fee - Motion to Modify Plan (CYB-2)** | | | |
| 03-02-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2)<br>Reviewed Income and Expenses - Motion to Mod Plan | 0.30 | 325.00 | 97.50 |
| 03-08-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2)<br>Multiple to Emails to Client re: MTD and Motion to Modify | 0.20 | 325.00 | 65.00 |
| 03-18-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2)<br>Client not feeling well; Rescheduled Telephone Meeting | | 325.00 | No Charge |
| 03-23-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2)<br>Tele w/Client re: Modifying Plan | 0.60 | 325.00 | 195.00 |
| 04-13-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2)<br>Prepared Motion to Modify Plan w/related documents; Revised Budget; Reviewed Trustee Website | 2.00 | 325.00 | 650.00 |
| 04-21-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2)<br>R&R Multiple Emails from Client | 0.20 | 325.00 | 65.00 |
| 05-20-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2)<br>Prepared Supp Declaration Motion to Modify | | 325.00 | No Charge |
| 06-02-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2)<br>R&R Tentative Ruling | 0.10 | 325.00 | 32.50 |
| 06-05-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2)<br>Prepared Proposed OCP | 0.30 | 325.00 | 97.50 |

We appreciate your business　　　　Page　4　of　10

EXHIBIT　B
PAGE　4　OF　10

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Additional Non Flat Fee - Motion to Modify Plan (CYB-2)** | | | | | |
| 06-05-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) R&R Multiple Emails from Client re: Mod Plan & Payment | 0.20 | 325.00 | 65.00 |
| 06-16-2020 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-2) R&R Emails from Ed Weedman, Trustee Office re: Revisions to Order | | 325.00 | No Charge |
| | | | 3.90 | | 1,267.50 |
| **Additional Non Flat Fee - Motion to Modify Plan (CYB-3)** | | | | | |
| 10-15-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) R&R Multiple Emails from Client re: Modified Plan | 0.30 | 325.00 | 97.50 |
| 10-18-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) Prepared Motion to Modify Plan, Modified Plan and related documents. Prepared revised Schedules I and J | 2.00 | 325.00 | 650.00 |
| 10-19-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) R&R Multiple Emails from Client re: Mod Plan | 0.30 | 325.00 | 97.50 |
| 11-09-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) Reviewed Trustee's Non Opposition to Motion to Modify | 0.10 | 325.00 | 32.50 |
| 11-23-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) R&R Tentative Ruling | 0.10 | 325.00 | 32.50 |
| 12-07-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) Prepared Proposed OCP | 0.30 | 325.00 | 97.50 |
| 12-07-2021 | Candace Brooks | Additional Non Flat Fee - Motion to Modify Plan (CYB-3) R&R Emails from Client Mod Plan | 0.10 | 325.00 | 32.50 |
| | | | 3.20 | | 1,040.00 |
| **Additional Non Flat Fee - Response to Motion to Dismiss 1** | | | | | |
| 04-27-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1 R&R Trustee Motion to Dismiss | 0.20 | 325.00 | 65.00 |
| 05-09-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1 Call client to schedule appt to discuss Motion to Dismiss | 0.10 | 325.00 | 32.50 |
| 05-10-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1 R&R Emails w/pay stubs from client | 0.20 | 325.00 | 65.00 |
| 05-10-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1 Tele w/Client | 0.40 | 325.00 | 130.00 |
| 05-13-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1 R&R and Responded to Multiple Emails re: MTD | 0.40 | 325.00 | 130.00 |
| | | | 1.00 | | 325.00 |

We appreciate your business                    Page 5 of 10

EXHIBIT A
PAGE 5 OF 10

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Additional Non Flat Fee - Response to Motion to Dismiss 1** | | | | | |
| 05-13-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1 | | 325.00 | |
| | | Analyzed pay stubs; budget; Prepared Response to Trustee's Motion to Dismiss; Declaration | | | |
| 05-29-2019 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 1 | 1.50 | 325.00 | 487.50 |
| | | Attended Hearing MTD | | | |
| | | | 3.80 | | 1,235.00 |
| **Additional Non Flat Fee - Response to Motion to Dismiss 3** | | | | | |
| 01-14-2020 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 3 | 0.20 | 325.00 | 65.00 |
| | | R&R Emails from Client re: default | | | |
| 02-05-2020 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 3 | 0.10 | 325.00 | 32.50 |
| | | R&R 3rd MTD | | | |
| 03-04-2020 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 3 | 1.50 | 325.00 | 487.50 |
| | | Attended Hearing Motion to Dismiss | | | |
| 03-04-2020 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 3 | 0.10 | 325.00 | 32.50 |
| | | Emails to Client re: MTD continued 4/22/20 | | | |
| | | | 1.90 | | 617.50 |
| **Additional Non Flat Fee - Response to Motion to Dismiss 4** | | | | | |
| 08-03-2020 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.20 | 325.00 | 65.00 |
| | | R&R Emails from Client re: Payments | | | |
| 09-01-2021 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.20 | 325.00 | 65.00 |
| | | R&R Multiple Emails from Client re: issues with payments | | | |
| 09-22-2021 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.20 | 325.00 | 65.00 |
| | | R&R Trustee's Motion to Dismiss | | | |
| 10-04-2021 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.20 | 325.00 | 65.00 |
| | | R&R Emails from Client re: New Budget | | | |
| 10-04-2021 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.20 | 325.00 | 65.00 |
| | | R&R Emails regarding proof of expenses that resulted in breach of Plan Payments | | | |
| 10-05-2021 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 0.90 | 325.00 | 292.50 |
| | | Prepared a Response to Trustee's Motion to Dismiss & Declaration | | | |
| 10-20-2021 | Candace Brooks | Additional Non Flat Fee - Response to Motion to Dismiss 4 | 2.00 | 325.00 | 650.00 |

We appreciate your business

Page 6 of 10

EXHIBIT __A__
PAGE __6__ OF __10__

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Additional Non Flat Fee - Response to Motion to Dismiss 4 | | | | | |
| | | Attended Hearing | 3.90 | | 1,267.50 |
| **Part of Flat Fee** | | | | | |
| 03-23-2017 | Candace Brooks | Part of Flat Fee<br>Initial Telephone call; Email to Client | 0.10 | 325.00 | 32.50 |
| 03-23-2017 | Candace Brooks | Part of Flat Fee<br>R&R Pay stubs | 0.10 | 325.00 | 32.50 |
| 03-23-2017 | Candace Brooks | Part of Flat Fee<br>R&R Email w/Budget | 0.20 | 325.00 | 65.00 |
| 03-23-2017 | Candace Brooks | Part of Flat Fee<br>R&R and responded to multiple emails | 0.20 | 325.00 | 65.00 |
| 03-24-2017 | Candace Brooks | Part of Flat Fee<br>R&R Muti emails with documents | 0.30 | 325.00 | 97.50 |
| 04-05-2017 | Candace Brooks | Part of Flat Fee<br>R&R Multiple Emails w/documents from Client | 0.20 | 325.00 | 65.00 |
| 04-05-2017 | Candace Brooks | Part of Flat Fee<br>In person meeting w/client | 1.00 | 325.00 | 325.00 |
| 04-06-2017 | Candace Brooks | Part of Flat Fee<br>R&R Multiple emails | 0.20 | 325.00 | 65.00 |
| 04-13-2017 | Candace Brooks | Part of Flat Fee<br>Sent Email to Client re: missing information | 0.10 | 325.00 | 32.50 |
| 04-15-2017 | Candace Brooks | Part of Flat Fee<br>In person meeting | 1.50 | 325.00 | 487.50 |
| 04-25-2017 | Candace Brooks | Part of Flat Fee<br>Client called - need to reschedule appointment | 0.10 | 325.00 | 32.50 |
| 04-26-2017 | Candace Brooks | Part of Flat Fee<br>Responded to Client email | 0.10 | 325.00 | 32.50 |
| 04-27-2017 | Candace Brooks | Part of Flat Fee<br>Client needs updated list and worksheet again | 0.10 | 325.00 | 32.50 |
| 04-27-2017 | Candace Brooks | Part of Flat Fee<br>R&R Email from Client | 0.10 | 325.00 | 32.50 |
| 05-01-2017 | Candace Brooks | Part of Flat Fee<br>Tele call to client; Follow up email | 0.10 | 325.00 | 32.50 |
| 05-03-2017 | Candace Brooks | Part of Flat Fee<br>R&R Email from Client | 0.10 | 325.00 | 32.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Part of Flat Fee | | | | | |
| 05-04-2017 | Candace Brooks | Part of Flat Fee<br>R&R Pay stubs; documents | 0.20 | 325.00 | 65.00 |
| 05-05-2017 | Candace Brooks | Part of Flat Fee<br>R&R Bank Statements | 0.10 | 325.00 | 32.50 |
| 05-06-2017 | Candace Brooks | Part of Flat Fee<br>Reviewed all documents pay stubs; returns bank statements; worksheet, etc | 0.80 | 325.00 | 260.00 |
| 05-11-2017 | Candace Brooks | Part of Flat Fee<br>R&R; Responded to Email to Client | 0.10 | 325.00 | 32.50 |
| 05-12-2017 | Candace Brooks | Part of Flat Fee<br>Prepared Clients Petition and Schedules | 1.50 | 325.00 | 487.50 |
| 05-15-2017 | Candace Brooks | Part of Flat Fee<br>Filed Clients Case | 0.10 | 325.00 | 32.50 |
| 05-31-2017 | Candace Brooks | Part of Flat Fee<br>Client call re: issue with car payment | 0.10 | 325.00 | 32.50 |
| 06-02-2017 | Candace Brooks | Part of Flat Fee<br>R&R FTB Proof of Claim | 0.20 | 325.00 | 65.00 |
| 06-12-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC OneMain | 0.10 | 325.00 | 32.50 |
| 06-12-2017 | Candace Brooks | Part of Flat Fee<br>Filed Financial Management Course | 0.10 | 325.00 | 32.50 |
| 06-20-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC - check into cash | 0.10 | 325.00 | 32.50 |
| 06-22-2017 | Candace Brooks | Part of Flat Fee<br>Attended 341 Hearing | 1.60 | 325.00 | 520.00 |
| 07-12-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC LVNV Funding | 0.10 | 325.00 | 32.50 |
| 07-12-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC IRS | 0.20 | 325.00 | 65.00 |
| 07-14-2017 | Candace Brooks | Part of Flat Fee<br>Prepared Proposed Order Confirming Plan | 0.30 | 325.00 | 97.50 |
| 08-21-2017 | Candace Brooks | Part of Flat Fee<br>R&R OSC Filing Fee | 0.10 | 325.00 | 32.50 |
| 08-21-2017 | Candace Brooks | Part of Flat Fee<br>Sent Client Email OSC | 0.10 | 325.00 | 32.50 |

We appreciate your business    Page 8 of 10

EXHIBIT _B_
PAGE _8_ OF _10_

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Part of Flat Fee | | | | | |
| 08-29-2017 | Candace Brooks | Part of Flat Fee<br>R&R Amended POC IRS w/previous POC | 0.30 | 325.00 | 97.50 |
| 08-29-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC Jefferson Capital | 0.10 | 325.00 | 32.50 |
| 09-06-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC Premier Bank Card | 0.10 | 325.00 | 32.50 |
| 09-06-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC Midland Funding, LLC | 0.10 | 325.00 | 32.50 |
| 09-06-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC Speedy Cash | 0.10 | 325.00 | 32.50 |
| 09-06-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC LoanMe | 0.10 | 325.00 | 32.50 |
| 09-07-2017 | Candace Brooks | Part of Flat Fee<br>R&R OSC Dicharged | 0.10 | 325.00 | 32.50 |
| 09-14-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC Freedom Mortgage Corp; Plan | 0.30 | 325.00 | 97.50 |
| 09-14-2017 | Candace Brooks | Part of Flat Fee<br>R&R 2nd OSC re: Failure to Pay Filing Fee | 0.10 | 325.00 | 32.50 |
| 09-20-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC Portfolio | 0.10 | 325.00 | 32.50 |
| 09-21-2017 | Candace Brooks | Part of Flat Fee<br>R&R POC Citibank | 0.10 | 325.00 | 32.50 |
| 10-25-2017 | Candace Brooks | Part of Flat Fee<br>R&R Transfer of Claim | 0.10 | 325.00 | 32.50 |
| 11-03-2017 | Candace Brooks | Part of Flat Fee<br>R&R Civil Minutes OSC | 0.10 | 325.00 | 32.50 |
| 12-28-2017 | Candace Brooks | Part of Flat Fee<br>R&R Notice of Post Petition Fees | 0.20 | 325.00 | 65.00 |
| 01-05-2018 | Candace Brooks | Part of Flat Fee<br>R&R Notice of Filed Claims; Plan and Schedules; Trustee Website | 0.70 | 325.00 | 227.50 |
| 01-05-2018 | Candace Brooks | Part of Flat Fee<br>R&R Call from Client | 0.10 | 325.00 | 32.50 |
| 02-13-2018 | Candace Brooks | Part of Flat Fee<br>Tele w/Client | 0.50 | 325.00 | 162.50 |

We appreciate your business

EXHIBIT B
PAGE 9 OF 10

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Part of Flat Fee | | | | | |
| 04-27-2019 | Candace Brooks | Part of Flat Fee<br>R&R Notice of Mortgage Payment Change | 0.10 | 325.00 | 32.50 |
| 05-10-2019 | Candace Brooks | Part of Flat Fee<br>R&R Notice of Mortgage Payment Change | 0.10 | 325.00 | 32.50 |
| 02-10-2021 | Candace Brooks | Part of Flat Fee<br>R&R Name Change Schools First CU | 0.10 | 325.00 | 32.50 |
| 12-29-2021 | Candace Brooks | Part of Flat Fee<br>R&R Notice of Intent to Transfer Claim | 0.10 | 325.00 | 32.50 |
| | | | 13.90<br>**Total** | | 4,517.50<br>16,022.50 |

## Time Summary

| Task | Hours | Rate | Amount |
|---|---|---|---|
| Additional Non Flat Fee - Forgiven | 11.80 | 325.00 | 3,835.00 |
| Additional Non Flat Fee - Response to Motion to Dismiss 2 | 3.50 | 325.00 | 1,137.50 |
| Additional Non Flat Fee - Motion to Modify Plan | 3.40 | 325.00 | 1,105.00 |
| Additional Non Flat Fee - Motion to Modify Plan (CYB-2) | 3.90 | 325.00 | 1,267.50 |
| Additional Non Flat Fee - Motion to Modify Plan (CYB-3) | 3.20 | 325.00 | 1,040.00 |
| Additional Non Flat Fee - Response to Motion to Dismiss 1 | 3.80 | 325.00 | 1,235.00 |
| Additional Non Flat Fee - Response to Motion to Dismiss 3 | 1.90 | 325.00 | 617.50 |
| Additional Non Flat Fee - Response to Motion to Dismiss 4 | 3.90 | 325.00 | 1,267.50 |
| Part of Flat Fee | 13.90 | 325.00 | 4,517.50 |
| | | **Total Fees** | 16,022.50 |

| | | |
|---|---|---|
| | **Total for this Invoice** | 16,022.50 |
| | **Total Amount to Pay as of 09-26-2022** | 16,022.50 |

EXHIBIT _B_
PAGE _10_ OF _10_